JOHN T. FETHERSTON, Respondent, Appellant, v. STAR COMPANY, Appellant, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Carr, J., not voting.

THOMAS F. FITTIN, Respondent, v. ABRAHAM J. SUMNER, Appellant.— Judgment and order unanimously affirmed, with costs, on authority of *Fittin* v. *Sumner*, decided herewith (176 App. Div. 617). Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

WILLIAM MERUK and JOSEPH M. MAY, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

NEW ROCHELLE COAL AND LUMBER COMPANY, Respondent, v. STUART REALTY COMPANY, Appellant.— Judgment of the City Court of New Rochelle reversed, and new trial ordered, costs to abide the event, upon the ground that we think that the true construction of the contract of guaranty is that the work was by Porter & Son required to be brought to the stages specified in that contract before the payments therein specified were required to be made by the defendant; and that it is not enough that after abandonment by Porter & Son the defendant at its own expense performed such work. Furthermore it was error to exclude evidence that the reasonable cost of completing the work exceeded the contract price. Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

OLD DOMINION REALTY CORPORATION, Appellant, v. THOMAS A. MULCAHY and MAGDALEN B. MULCAHY, Respondents. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Carr, J., not voting.

PETER REID, Respondent, v. THE VOGEL-MILLER SHOE COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

OSCAR FRIED, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for stay granted on condition that defendant perfect the appeal, place the case on the calendar for Monday, March 12, 1917, and be ready for argument when reached. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

AMBROSE SCHALL, Respondent, v. SCHWARTZ & COMPANY, INC., Appellant.— Reargument ordered, and case set down for Tuesday, March 13, 1917. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

RALPH CAPADANNO, as Administrator, etc., of PATRICK CAPADANNO, Deceased, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

ELIZABETH CLANCY, as Administratrix, etc., of PATRICK CLANCY, Deceased, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred; Carr, J., not voting.